UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EMMETTE J. JACOB, Jr.,** | * | **CIVIL ACTION NO.: 2012-01338** |
| **EMMETTE ENTERPRISES, LLC,** | * | |
| **and CUPID'S CLOSET OF** | * | |
| **NEW IBERIA, LLC** | * | |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | **JUDGE REBECCA F. DOHERTY** |
| **LOUIS M. ACKAL,** | * | |
| in his official capacity as | * | |
| Sheriff of Iberia Parish, Louisiana and | * | **MAGISTRATE:** |
| **JPMORGAN CHASE BANK, N.A.,** | * | **JUDGE C. MICHAEL HILL** |
| **JASON COMEAUX, Individually,** | * | |
| **and CODY VAUGHN Individually** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' STATUS REPORT

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Emmette J. Jacob, Jr., Emmette Enterprises, LLC, and Cupid's Closet of New Iberia, LLC, who file this status report in accordance with this Court's Order of January 14, 2013, Doc. No. 24.

The court's order directed plaintiffs to provide reports regarding the status of the criminal matter pending against Mr. Jacob which resulted in the stay of this matter. The court's order further required plaintiffs to provide the court with the expected completion date of the criminal proceedings.

Mr. Jacob's criminal trial has been set for November 17, 2014. Plaintiffs will provide the court with additional information at the time of the next status report on December 15, 2014.

                    Respectfully Submitted,
                    BOOTH & BOOTH
                    A Professional Law Corporation

                    /s/Vincent J. Booth
                    Vincent J. Booth (#18565)
                    138 North Cortez Street
                    New Orleans, Louisiana 70119
                    Telephone:    (504) 482-5292
                    Facsimile:     (800) 469-2185
                    Email:  vbooth@boothandbooth.com

                    William L. Goode (#6128)
                    812 Johnston Street
                    Lafayette, LA  70501
                    Telephone:    (337-234-0600)
                    Attorneys for Emmette Jacob, Jr.,
                    Emmette Enterprises, LLC and
                    Cupid's Closet of New Iberia, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                    /s/ Vincent J. Booth
                    Vincent J. Booth